IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHERYL LOUISE MARCHESE,
    Plaintiff,

vs.                                                    Case No.: 3:18cv309/LAC/EMT

STEVENSON AND KLOTZ LAW FIRM,
and CHRISTOPHER KLOTZ,
    Defendants.
_____/

# **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated April 3, 2018 (ECF No. 8). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Whether or not it was filed in response to the Report and Recommendation, Plaintiff filed a "Motion to Recover Retainer" (ECF No. 9), in which she seeks to recover the retainer that she had paid to her Defendant attorneys who previously represented her, but allegedly did not provide adequate representation. As discussed in the Report and Recommendation, Plaintiff's claim is not actionable under federal law or Section 1983 because the Defendants are not state actors for purposes of federal liability. Additionally, the legal basis of Plaintiff's motion is breach or non

performance of a contract, which presents no federal question but only a question of state law – which could be raised in the Florida courts but not in a federal district court.  *See* Wyke v. Polk Cnty. School Bd., 129 F.3d 560, 566 (11th Cir. 1997); Giannetti Bros. Const. Corp. v. Lee County, Fla., 585 F. Supp. 1214, 1216–17 (M.D. Fla. 1984).

Having considered the Report and Recommendation, and Plaintiff's motion filed in response thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3. All pending motions are **DENIED** as moot.

**DONE AND ORDERED** this 3rd day of May, 2018.

    s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:18cv309/LAC/EMT